UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STUART C. IRBY COMPANY                                                    PLAINTIFF

v.                                                            CAUSE NO. 3:17-cv-951-WHB-JCG

DAVID SALSBURY ELECTRIC CO., LLC
and DAVID SALSBURY                                                      DEFENDANTS

## JOINT MOTION TO STAY PENDING SETTLEMENT CONFERENCE

The Plaintiff Stuart C. Irby Company and the Defendants David Salsbury Electric Co., LLC and David Salsbury, herein referred to collectively as the "Parties," hereby request that the Court enter an order setting a settlement conference, and to stay these proceedings until after such settlement conference. In support of this joint motion, the Parties state the following:

1. On March 1, 2018, the Court entered a Case Management Order [Doc. No. 10], which provided that the Parties could contact the Court to schedule a settlement conference for purposes of resolving the case.

2. The Parties hereby request that the Magistrate Judge conduct such a settlement conference.

3. Further, the Parties hereby request that the Court enter a stay of these proceedings, including all briefing deadlines for any currently-pending motions.

4. Entry of a stay will allow the Parties to avoid costly continued litigation until it is determined whether the Parties can reach a compromise settlement.

5. If settlement is not reached during the settlement conference, the Parties request that the Court then enter a scheduling order to re-establish deadlines for all currently-pending motions and other case deadlines.

6. The Parties agree to the requested course of action.

ACCORDINGLY, the Parties respectfully request that this joint motion be granted, that an order be entered staying all proceedings pending settlement conference, and that the Magistrate Judge conduct such settlement conference at a date to be determined by the Court.

Dated: August 28, 2018.

                                         Respectfully submitted,

                                         STUART C. IRBY COMPANY

By: */s/ Anna Little Morris*
    Brian Kimball (Miss. Bar No. 100787)
    Anna Little Morris (Miss. Bar No. 105299)
    Butler Snow
    1020 Highland Colony Parkway,
    Suite 1400 (39157)
    Post Office Box 6010
    Ridgeland, Mississippi  39158-6010
    (T) 601-948-5711
    (F) 601-985-4500
    (E) brian.kimball@butlersnow.com
        anna.morris@butlersnow.com
    *Attorneys for Plaintiff Stuart C. Irby Company*

By: */s/ Dorsey R. Carson, Jr.*
    Dorsey R. Carson, Jr., MSB #10493
    Eric F. Hatten, MSB #10428
    S. Anna Powers, MSB #103201
    CARSON LAW GROUP, PLLC
    Capital Towers
    125 South Congress Street, Suite 1336
    Jackson, Mississippi 39201
    Telephone: (601) 351-9831
    Facsimile: (601) 510-9056
    dcarson@thecarsonlawgroup.com
    ehatten@thecarsonlawgroup.com
    apowers@thecarsonlawgroup.com
    *Attorneys for Defendants David Salsbury Electric Co., LLC and David Salsbury*

## CERTIFICATE OF SERVICE

I, Anna Little Morris, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Dorsey R. Carson, Jr., MSB #10493
Eric F. Hatten, MSB #10428
S. Anna Powers, MSB #103201
CARSON LAW GROUP, PLLC
Capital Towers
125 South Congress Street, Suite 1336
Jackson, Mississippi 39201
Telephone: (601) 351-9831
Facsimile: (601) 510-9056
dcarson@thecarsonlawgroup.com
ehatten@thecarsonlawgroup.com
apowers@thecarsonlawgroup.com

*ATTORNEYS FOR DEFENDANTS*

SO CERTIFIED this the 28th day of August, 2018.

                                                */s/ Anna Little Morris*
                                                ANNA LITTLE MORRIS

43917252v1